IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER HOLLOWAY,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA, OMAHA STAFFING WORK, UNEMPLOYMENT INSURANCE OF NEBRASKA, M & M STAFF OF OMAHA WORK STAFFING, HRH LABOR, ARIZONIA LABOR, UNO AGE OF FILM, and MAGIC COPYRIGHT, to use research stress in public;<br><br>Defendants. | 8:18CV135<br><br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff's Motion for Appointment of Counsel on appeal. (Filing No. 20.) Plaintiff's motion should be addressed to the Eighth Circuit Court of Appeals. Accordingly,

IT IS ORDERED that:

1. Plaintiff's Motion for Appointment of Counsel (filing no. 20) is denied without prejudice to reassertion before the Eighth Circuit.

2. The clerk's office is directed to send a copy of this order to the Eighth Circuit Court of Appeals.

Dated this 3rd day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge