IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| WALTER HOLLOWAY, | |
|---|---|
| Plaintiff, | 8:18CV135 |
| vs. | |
| MARIA, OMAHA STAFFING WORK, UNEMPLOYMENT INSURANCE OF NEBRASKA, M & M STAFF OF OMAHA WORK STAFFING, HRH LABOR, ARIZONIA LABOR, UNO AGE OF FILM, and MAGIC COPYRIGHT, to use research stress in public; | MEMORANDUM AND ORDER |
| Defendants. | |

This matter is before the court on correspondence from Plaintiff that has been docketed as a supplement. ([Filing No. 57](#).) Overall, Plaintiff's supplement is rambling and incoherent, but Plaintiff does appear to accuse the court of switching the case number to "18:8CV00135 when its 108:CV00135 . . . to confuse" Plaintiff. (*[Id.](#) at CM/ECF p. 2*.) The court is unsure what Plaintiff means as this case was filed under Case Number 8:18-cv-00135, which is the case number used by the court in all orders entered in this case. The court dismissed this matter a year ago on April 10, 2018, (filing nos. [8](#) & [9](#)) and the Eighth Circuit Court of Appeals summarily affirmed the dismissal on August 13, 2018 ([filing no. 55](#)). This case is closed, and the court will take no action on Plaintiff's supplement.

IT IS THEREFORE ORDERED that the court will take no action on Plaintiff's supplement ([filing no. 57](#)).

Dated this 18th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge