IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER HOLLOWAY,<br><br>        Plaintiff,<br><br>vs.<br><br>MARIA, OMAHA STAFFING WORK, UNEMPLOYMENT INSURANCE OF NEBRASKA, M & M STAFF OF OMAHA WORK STAFFING, HRH LABOR, ARIZONIA LABOR, UNO AGE OF FILM, and MAGIC COPYRIGHT, to use research stress in public;<br><br>        Defendants. | **8:18CV135**<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the court on two pieces of correspondence from Plaintiff, one of which has been docketed as a supplement. (Filing No. 59; Filing No. 60.) Both filings include copies of letters sent to Plaintiff from the clerk of the court returning money orders in the amount of $2.00 to Plaintiff as no money is owed in this case. The remainder of Plaintiff's correspondence is rambling and incoherent, and the court is unsure what Plaintiff seeks from the court. The court dismissed this matter two years ago on April 10, 2018, (filing nos. 8 & 9) and the Eighth Circuit Court of Appeals summarily affirmed the dismissal on August 13, 2018 (filing no. 55). This case is closed, and Plaintiff should not file any additional documents or send any form of payment in this case.

      IT IS THEREFORE ORDERED that the court will take no action on Plaintiff's correspondence (filing no. 59; filing no. 60).

2

Dated this 21st day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2